UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| TIMOTHY B. NADEAU | ) | |
|---|---|---|
| PLAINTIFF | ) | |
| v. | ) | CIVIL NO. 10-249-P-H |
| DEBBIE SMITH, ET AL., | ) | |
| DEFENDANTS | ) | |

**ORDER AFFIRMING RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

On October 18, 2010, the United States Magistrate Judge filed her Recommendation to Dismiss Claims Against Some Defendants, with copies to the parties. The time within which to file objections expired on November 4, 2010, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommendation of the Magistrate Judge is hereby **ADOPTED**. The claims against the defendants Larry Doe, Dr. Dan, Shawn Emerson, John Doe, Brian Esby, Scott Burnheimer, Rose Burns, Ken Topal, Kathy Chase, Jeffrey Merrill, and Garry Laplaint are **DISMISSED**.

**SO ORDERED.**

**DATED THIS 8TH DAY OF NOVEMBER, 2010**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**