UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| TIMOTHY B. NADEAU, | ) | |
| | ) | |
| PLAINTIFF | ) | |
| | ) | |
| v. | ) | CIVIL NO. 10-249-P-H |
| | ) | |
| DEBBIE SMITH, ET AL., | ) | |
| | ) | |
| DEFENDANTS | ) | |

## ORDER AFFIRMING RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On December 29, 2010, the United States Magistrate Judge filed with the court, with copies to the parties, her Recommended Decision on the motion for summary judgment filed by defendants Martin Magnusson and Eric Thompson. The time within which to file objections expired on January 18, 2011, and no objection has been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. Summary judgment is **GRANTED** to the defendants Martin Magnusson and Eric Thompson.

**SO ORDERED.**

**DATED THIS 24TH DAY OF JANUARY, 2011**

/S/ D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**